# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  06-mj-01141 |
| STEVEN W. BILLS | Pro Se |

**THE DEFENDANT:**  Pleaded guilty to the violation notice F2664982/WV40.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 261.10(k) | Occupy National Forest Lands Without Permit | 6/15/05 | 1 |

It is further ordered that defendant is sentenced to one day incarceration with credit for time served. Defendant is allowed a stay of execution to pay the fine to on or before July 7, 2006.

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB Processing Fee |
|---|---|---|
| **Totals:** | $10.00 | $25.00 |

6/28/06
Date of Imposition of Judgment

S/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 24, 2007
Date